**Order entered March 6, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01228-CV

**TEXAS SOCCER FOUNDATION, Appellant**

**V.**

**STING SOCCER FOUNDATION, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC- 1 7-07441**

## ORDER

Before the Court is appellant's motion to reduce the supersedeas bond. We **ORDER** Dallas County District Clerk Felicia Pitre to file, by **March 16, 2020**, a supplemental clerk's record containing: (1) appellant's motion to fix supersedeas bond filed on October 8, 2019; (2) appellee's response to motion to fix supersedeas bond filed on January 29, 2020; and (3) the trial court's order regarding motion to fix supersedeas bond signed on February 6, 2020.

We **ORDER** Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, to file, by **March 16, 2020**, the reporter's record of the hearing on the motion to fix supersedeas bond held on January 30, 2020.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre; Ms. Dobbins; and, all parties.

/s/    BILL WHITEHILL
       JUSTICE